IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS' COMBINED FUNDS, INC., By James R. Klein, Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN LUCCI and THOMAS VELOTTA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-1287<br>)<br>)<br>)<br>)<br>) |
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN LUCCI and THOMAS VELOTTA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-1288<br>)<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

| Exhibit | Exhibit Description |
|---|---|
| 1 | Affidavit of Dawn A. Botsford |
| 2 | Affidavit of Gerald T. Pecora |
| 3 | Affidavit of James F. Malloy |
| 4 | Affidavit of Michael P. Welsh |
| 5 | Relevant Portions of Laborers' Collective Bargaining Agreement ("CBA") 2005-2007 |
| 6A | Relevant Portions of Laborers' CBA, 2008-2010 |
| 6B | Relevant Portions of Laborers' CBA, 2010-2013 |
| 7 | Laborers' Breakdown of Amounts Owed |
| 8 | Relevant Portions of Laborers' Trust Agreement - Welfare Fund |
| 9 | Relevant Portions of Laborers' Trust Agreement - Pension Fund |
| 10 | Laborers' Employer Survey for Concrete Restoration Services, LLC ("CRS") dated July 21, 2009 |

| Exhibit | Exhibit Description |
|---|---|
| 11 | Relevant Portions of Carpenters' CBA, 2008-2010 |
| 12 | Relevant Portions of Carpenters' CBA, 2011-2013 |
| 13 | Carpenters' Breakdown of Amounts Owed |
| 14 | Relevant Portions of Carpenters' Trust Agreement - Medical Fund |
| 15 | Relevant Portions of Carpenters' Trust Agreement - Pension Fund |
| 16 | Relevant Portions of Carpenters' Trust Agreement - Annuity Fund |
| 17 | Amended and Restated Operating Agreement for CRS dated January 1, 2016 |
| 18 | Velotta Company Checks to Funds for CRS Fringe Benefit Contributions and Deductions |
| 19 | Judgment Notes dated February 24, 2014 signed by Thomas Velotta on behalf of Velotta Company for Debts of CRS to Funds |
| 20 | Thomas Velotta's Responses to Funds' Requests for Admission |
| 21 | Deposition Transcript of Thomas Velotta |
| 22 | Deposition Transcript of John Lucci |

LIT:616602-1 000004-010359